UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samuel K. Willis,

        Petitioner,

v.                                                    Civil No. 13-2059 (JNE/JSM)
                                                    ORDER

United States of America,

        Respondent.

In a Report and Recommendation dated June 9, 2014, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be denied and the case be dismissed. Petitioner objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Magistrate Judge's Report and Recommendation [Docket No. 8].

Therefore, IT IS ORDERED THAT:

1.      Petitioner's Petition [Docket No. 1] is DENIED.

2.      This action is DISMISSED with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 10, 2014

                                                                                          s/Joan N. Ericksen
                                                                                          JOAN N. ERICKSEN
                                                                                          United States District Judge